IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HORACE WHITE, | |
|---|---|
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 18-5434 |
| HONORABLE MICHAEL R. POMPEO, SECRETARY, DEPARTMENT OF STATE, | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 25th day of April, 2019, upon consideration of Plaintiff's Petition for an Emergency Mandatory Preliminary Injunction, (ECF No. 2), and Defendant's Response, (ECF No. 13), it is hereby **ORDERED** that the Petition is **DENIED** and the Clerk of Court is directed to mark the case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.